895 A.2d 526

**Leonard BOLDEN, Respondent,**

v.

**SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, Petitioner.**

Supreme Court of Pennsylvania.

March 29, 2006.

### *ORDER*

PER CURIAM.

AND NOW, this 29th day of March 2006, the Petition for Allowance of Appeal is granted.  The parties are directed to address the following issue:

Whether the Commonwealth Court erred in affirming the trial court's decision that a door closing mechanism on a train is a "part and appurtenance" within the meaning of the Locomotive Inspection Act (LIA) in determining strict liability for an injury sustained by a railroad employee?

Justice BALDWIN did not participate in the consideration or decision of this matter.